UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FRANCISCO MEDINA,** | 1:98-CR-05183-LJO |
| Movant, | **ORDER DENYING DEFENDANT'S REQUEST FOR APPOINTMENT OF COUNSEL** |
| v. | |
| **UNITED STATES OF AMERICA,** | |
| Respondent. | |

On August 4, 2014, Francisco Medina, a federal prisoner, filed a motion to amend his sentence pursuant to 18 U.S.C. § 3582(c)(2) and proposed Amendment 782, U.S.S.G. § 1B1.10 ("§ 3582 Motion"). Doc. 227. On August 13, 2014, the Court entered an order permitting the United States to respond, while prohibiting any other submissions. Doc. 228. The United States filed an opposition on August 13, 2014. Doc. 229. On August 18, 2014, the Court denied the § 3582 Motion on the merits, finding that Amendment 782 did not provide Movant a basis for seeking a reduction in his sentence. Doc. 230 at 3-4. On September 30, 2014, Movant filed a request for appointment of counsel to respond to the United States' opposition. Doc. 232. Given that the § 3582 Motion has already been denied, Movant's request for appointment of counsel is DENIED AS MOOT.

IT IS SO ORDERED.

Dated:   **October 8, 2014**          /s/ Lawrence J. O'Neill
                                      UNITED STATES DISTRICT JUDGE

1